SAMUEL H. BRADLEY et al., Appellants, *v.* JAMES BIGLER et al., Respondents.

(Argued March 4, 1880; decided April 6, 1880.)

DECIDED on the facts in the case.

*C. F. Brown* for appellants.

*Samuel Hand* for respondents.

MILLER, J., reads opinion for affirmance of order and for judgment absolute against plaintiffs on stipulation.
All concur.
Order affirmed and judgment accordingly.